

FILED
ENTERED                    RECEIVED
                           SERVED ON
        COUNSEL/PARTIES OF RECORD

AUG 5 2014

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY:
                           DEPUTY

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) 2:13-CR-267-KJD-(PAL) |
| CARMEN DENISE MOSLEY, | ) |
| Defendant. | ) |

### ORDER OF FORFEITURE

This Court finds that on May 6, 2014, defendant CARMEN DENISE MOSLEY was found guilty on Counts One through Three of a Three-Count Superseding Criminal Indictment charging her in Count One with Conspiracy to Commit Bank Fraud and Wire Fraud in violation of Title 18, United States Code, Section 1343, 1344, and 1349 and in Counts Two and Three with Bank Fraud in violation of Title 18, United States Code, Section 1344. Superseding Criminal Indictment, ECF No. 47; Minutes of Jury Trial, ECF No. 99; Jury Verdict, ECF No. 101.

This Court finds that CARMEN DENISE MOSLEY shall pay a criminal forfeiture money judgment of $2,145,104.50 in United States Currency to the United States of America, pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2); Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c); Title 18, United States Code, Section 982(a)(2)(A); and Title 21, United States Code, Section 853(p).

. . .

. . .

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the United States recover from CARMEN DENISE MOSLEY the criminal forfeiture money judgment in the amount of $2,145,104.50 in United States Currency pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) and (B); Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c); Title 18, United States Code, Section 982(a)(2)(A); and Title 21, United States Code, Section 853(p).

DATED this 5th day of August, 2014.

UNITED STATES DISTRICT JUDGE