IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>      Plaintiff,  )<br>               )<br>vs.  )<br>CARMEN DENISE MOSLEY,  )<br>      Defendant.  )<br>_____) | Case No. 2:13-cr-267-KJD-PAL<br><br>**ORDER TEMPORARILY UNSEALING TRANSCRIPT** |

On October 14, 2014, Katherine Eismann, Official Court Reporter, received a Transcript Order from Angela H. Dows, counsel for defendant, requesting a transcript of the sealed hearings April 23, 2014, and May 2, 2014, in the above-entitled matter.

**IT IS THE ORDER OF THE COURT** that the sealed hearings shall be unsealed for the limited purpose of providing a copy of the transcript as requested by Angela H. Dows.

**IT IS FURTHER ORDERED** that the sealed hearing shall thereafter be resealed and a certified copy of the transcript be delivered to the Clerk pursuant to 28, U.S.C., Section 73(b) and remain sealed until further order of the Court.

**IT IS FURTHER ORDERED** that the receiving party shall not disclose the sealed contents of the transcript to anyone other than the representatives of the parties directly concerned with this case.

**DATED** this 16th day of Oct 2014.

_____
KENT J. DAWSON
United States District Court Judge