ANGELA H. DOWS, ESQ.
Nevada Bar No. 10339
PREMIER LEGAL GROUP
1333 North Buffalo Drive, Suite 210
Las Vegas, Nevada 89128
Telephone: (702) 794-4411
Facsimile:  (702) 794-4421
adows@premierlegalgroup.com
Attorney for Defendant
CARMEN DENISE MOSLEY

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:13-cr-00267-KJD-PAL-2 |
| Plaintiff, | |
| v. | |
| CARMEN DENISE MOSLEY, | ORDER TO RELEASE PASSPORT OF CARMEN MOSLEY |
| Defendant. | |

Based upon the Motion of Defendant CARMEN DENISE MOSLEY, and good cause appearing, the Court hereby ORDERS as follows:

Upon the date that Ms. Mosley has started to serve her sentence in the instant case, the passport of CARMEN DENISE MOSLEY shall be released to her appellate counsel: Angela H. Dows, Esq., at Premier Legal Group, 1333 N. Buffalo Drive, Suite 210, Las Vegas, Nevada 89128.

IT IS SO ORDERED.

Dated: November 19, 2014.

_____
UNITED STATES DISTRICT JUDGE