**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:13-CR-267-KJD-(PAL) |
| Plaintiff, | ) | |
| v. | ) | Final Order of Forfeiture |
| CARMEN DENISE MOSLEY, | ) | |
| Defendant. | ) | |

This Court found that Carmen Denise Mosley shall pay the in personam criminal forfeiture money judgment of $2,145,104.50 pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2); Title 18, United States Code, Section 981(a)(1)(C) with Title 28, United States Code, Section 2461(c); Title 18, United States Code, Section 982(a)(2)(A); and Title 21, United States Code, Section 853(p). Superseding Criminal Indictment, ECF No. 47; Minutes of Jury Trial, ECF No. 99; Jury Verdict, ECF No. 101; Order of Forfeiture, ECF No. 122.

To comply with *Honeycutt v. United States*, ___U.S.___, 137 S. Ct. 1626 (2017), the government reduced the in personam criminal forfeiture money judgment amount to $12,000. United States of America's Motion regarding *Honeycutt*, ECF No. 177; Order, ECF No. 187.

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the United States recover from Carmen Denise Mosley the in personam criminal forfeiture money judgment of $12,000 pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) and (B); Title 18, United States Code, Section 981(a)(1)(C) with Title 28, United States Code, Section 2461(c); Title 18, United States Code, Section 982(a)(2)(A); and Title 21, United States Code, Section 853(p).

| | |
|---|---|
| 1 | IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the Clerk send copies of this Order to all counsel of record and three certified copies to the United States Attorney's Office, Attention Asset Forfeiture Unit. |

DATED this 28th day of February, 2018.

_____
UNITED STATES DISTRICT JUDGE